USCA1 Opinion

 

 June 10, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-2301 LUCAS REYES-RIVERA, Petitioner, v. UNITED STATES OF AMERICA, Respondent. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] ___________________ ___________________ Before Torruella, Selya and Cyr, Circuit Judges. ______________ ___________________ Lucas Reyes-Rivera on brief pro se. __________________ Edwin J. Gale, United States Attorney, and Margaret E. _______________ ____________ Curran, Assistant United States Attorney, on brief for appellee. ______ __________________ __________________ Per Curiam. We affirm the dismissal of ___________ appellant's 2255 petition for the reasons stated in the government's brief and in our December 3, 1991 opinion. That opinion rejected appellant's challenge to (1) a two level upward adjustment for managerial role and (2) denial of a two level reduction for acceptance of responsibility. Appellant may not relitigate in a 2255 petition arguments already rejected on direct appeal. United States v. Michaud, 901 ______________ _______ F.2d 5,6 (1st Cir. 1990); Tracey v. United States, 739 F.2d, ______ _____________ 679, 682 (1st Cir. 1984), cert. denied, 469 U.S. 1109 (1985). ____ ______ Appellant's contention that he was improperly denied a four level reduction for minimal participant status fails for the very reasons we upheld the two level increase for managerial role. Affirmed. ________ -2-